# IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF FLORIDA
### TALLAHASSEE DIVISION

**UNITED STATES OF AMERICA**                    **Case Number: 4:11cr37-RH**

    vs.

**JAMIE JONES**

_____/

## STATEMENT OF FACTS

COMES NOW THE UNITED STATES OF AMERICA and JAMIE JONES, to provide this factual basis for the acceptance of a guilty plea from Jamie Jones (hereinafter "Jones").

1. During the Spring of 2011, law enforcement agents in the Northern District of Florida and the Middle District of Alabama conducted an investigation, assisted by several court authorized wiretaps. This investigation resulted in the seizure of approximately 177 lbs. of marijuana from the residence and vehicle of Noe Vasquez in Montgomery, Alabama on May 29, 2011, the seizure of other items of evidence from a number of locations, and the arrest of twelve persons on drug trafficking offenses. Co-conspirators charged with Jones in this Indictment include Melchor Munoz, Jose Acosta-Patino, and Noe Vasquez.

2. In the months prior to the marijuana seizure, authorities intercepted a number of conversations between Vasquez and Melchor Munoz, and between these men and others, which suggested the existence of a drug-distribution organization. The evidence further indicated that Munoz obtained supplies of drugs and that Vasquez assisted by

FILED IN OPEN COURT ON

March 28, 2012

United States District Court
Northern District of Florida

receiving marijuana and passing it on to distributors in the Montgomery, Alabama area, including Jamie Jones. For instance:

— on May 28, 2011, Munoz spoke to Jose Acosta-Patino ("Acosta") about a trip Acosta was making going north on "65." (Interstate Highway 65 runs through Montgomery.) Munoz also had conversations with Vasquez and Jones in which he complained that a storage unit was too small to hold a truck and that there were cameras all around it. Munoz told Vasquez to weigh something, five pieces at a time, that five should be between 9.5 and 11, that it should be about 177, and that he should give "him" about fifty at a time. During the last conversation, Vasquez commented that there were 87 of them.

- on May 29, 2011, Munoz told Vasquez to go to Sam's [Club] to get scales and that he wanted Vasquez to take care of the blacks. (Jones is a black man.) When asked, Vasquez said the total was 177.6. Munoz asked if Vasquez could do a run before he went to work at 3:30.

— Munoz had a series of conversations with Jones and others in which Munoz complained that Jones had failed to pay monies owed. Eventually Jones met with Munoz and gave him a vehicle, apparently as collateral for the debt.

3. During the day of May 29, 2011, agents observed Vasquez buy a large set of scales and wrapping materials from Sam's Club in Montgomery. At about 3:30 p.m., Vasquez was stopped as he drove away from his residence. A search of his vehicle revealed six wrapped bundles of marijuana. Thereafter, a search warrant was obtained and executed at Vasquez's residence on Stone Pine Drive. Agents seized a variety of documents in Vasquez's name, more than 100 lbs. of marijuana in plastic containers,

2

wrapping materials, and a large set of scales from this residence. The combined gross weight of the marijuana from the residence and the vehicle was 80.8 kilograms, or 177.7 lbs.

4. Immediately following Vasquez's arrest, agents arrested Jamie Jones at his Montgomery residence. After Jones consented to a search, agents seized approximately one pound of marijuana from that residence. Jones made statements acknowledging that he had received marijuana from Munoz by way of Vasquez during the last eight to ten weeks and stating that he expected to receive additional marijuana that day.

5. Acosta was arrested at his residence in Grand Ridge, Florida on May 29, 2011. At this residence, agents seized a white cargo truck with an enclosed body, scales suitable for weighing out marijuana in bulk quantities, and industrial plastic wrap, as is often used for bulk marijuana. Acosta assisted Munoz in the distribution of cocaine and marijuana. Acosta delivered kilograms of cocaine to Pena-Cintron four or five times and picked up monies from him on several occasions. Acosta sometimes delivered cocaine directly to Pena-Cintron's customer Tony O'Neal. Acosta will testify he took a total of four loads of marijuana to Vasquez, including the load seized by authorities. The total weight of marijuana delivered to Vasquez by Acosta was 250 lbs. or more.

6. By monitoring the wiretaps and by surveillance, the evidence shows at least four dates on which Vasquez appears to have received marijuana from Munoz and his associates:

– March 30, 2011, when agents observed Munoz and Vasquez carrying a heavy plastic storage container between them from a stash house in North Florida, loading it into Vasquez's vehicle;

3

— April 26, 2011, when agents observed Acosta and Vasquez meet in Montgomery;

— May 9, 2011, when agents observed Acosta, Vasquez, and Jones meet in Montgomery; and

— May 28, 2011, when agents observed Acosta meet with Vasquez, and Vasquez meet with Jones, in Montgomery.

7. Vasquez delivered marijuana to Jones on about five occasions and Jones was to receive the 177 lbs. of marijuana which Vasquez possessed at the time of his arrest. Vasquez also collected payments from Jones for Munoz. Munoz would make the arrangements for deliveries to Jones over the telephone and Vasquez would carry out those arrangements. Jones received and was about to receive a total of around 400 lbs. of marijuana.

The government has no evidence indicating that Jones distributed cocaine.

## ELEMENTS

Conspiracy to distribute a controlled substance 21 U.S.C. 846:

(1) two or more people in some way agreed to try to accomplish a shared and unlawful plan to possess and distribute marijuana;

(2) the Defendant knew the unlawful purpose of the plan and willfully joined in it; and

(3) the object of the unlawful plan was to possess with the intent to distribute more than one hundred kilograms of marijuana.

PAMELA C. MARSH
United States Attorney

THOMAS J. CASSIDY
Attorney for Defendant

3/26/12
Date

X _____
JAMIE JONES
Defendant

X  3/26/12
Date

MICHAEL T. SIMPSON
Assistant United States Attorney
Florida Bar No. 254,339
Northern District of Florida
111 N. Adams Street, Fourth Floor
Tallahassee, FL 32301
(850) 942-8430

3/26/12
Date

5